```
                        United States Bankruptcy Court
                             District of Maryland
McCray,
         Plaintiff                                    Adv. Proc. No. 13-00710-NVA

Wells Fargo Bank, N.A.,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1         User: laspivey            Page 1 of 1           Date Rcvd: Nov 26, 2013
                             Form ID: sumprtps         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2013.
pla            +Renee Louise McCray,   109 Edgewood Street,   Baltimore, MD 21229-3021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| **In re:** | Case No. 13−26131 − NVA |
| **Renee Louise McCray** <br> **Debtor(s)** | Chapter 13 |
| **Plaintiff(s)** <br> **Renee Louise McCray** | Adversary No. 13−00710 |
| **vs.** | |
| **Defendant(s)** <br> **Wells Fargo Bank, N.A.** <br> **John Does 1−20** | |

## CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date of service) by:

_____   Mail Service: Regular, first class United States Mail, postage fully prepaid addressed to:

_____   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____   Residence Service: By leaving the process with the following adult at:

_____   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____   Publication: The defendant was served as follows: (Describe briefly)

_____   State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____       Signature: _____

        Print Name _____

        Business Address _____

        City _____ State _____ Zip _____

Clerk–29 – 3/8/11