IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
| Plaintiff | * | No. 13-26131 |
| | | Chapter 13 |
| v. | * | |
| **WELLS FARGO BANK, N.A.** *et al.* | * | Adv. No. 13-00710 |
| | * | **Judge Nancy V. Alquist** |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of Michael S. Barranco of the law firm, Treanor Pope & Hughes, P.A., as counsel for the Defendant, Wells Fargo Bank, N.A. in this matter. Please designate Michael S. Barranco as both lead and notice counsel for Defendant.

　/s/ Michael S. Barranco
Michael S. Barranco, Bar No. 04036
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204
Tel: (410) 494-7777
Fax: (410) 494-1658
email:  msbarranco@tph-law.com

Attorney for Defendants,
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of December, 2013, a copy of the foregoing Entry of Appearance was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

        Renee L. McCray
        109 Edgewood Street
        Baltimore, Maryland 21229

        Ellen W. Cosby, Trustee
        300 E Joppa Road, Suite 409
        Towson, MD 21286

        /s/ Michael S. Barranco
        Michael S. Barranco