IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
| Plaintiff | * | No. 13-26131 |
| | | Chapter 13 |
| v. | * | |
| **WELLS FARGO BANK, N.A.** *et al.* | * | Adv. No. 13-00710 |
| | * | **Judge Nancy V. Alquist** |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DISCLOSURE OF CORPORATE INTEREST AND AFFILIATIONS
FOR WELLS FARGO BANK, N.A.**

I hereby certify, as counsel to the Defendant, Wells Fargo Bank, N.A. that:

1. Wells Fargo Bank, N.A. is a subsidiary of Wells Fargo & Company; and

2. Wells Fargo & Company's shares are traded on the New York Stock Exchange under the symbol: WFC.

/s/  Michael S. Barranco
Michael S. Barranco (Bar No 04036)
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, MD 21204
(410) 494-7777
msbarranco@tph-law.com

Attorneys for Defendant,
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2013, a copy of the foregoing Disclosure of Corporate Interests and Affiliations of Wells Fargo Bank, N.A. was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

> Renee L. McCray
> 109 Edgewood Street
> Baltimore, Maryland 21229
>
> Ellen W. Cosby, Trustee
> 300 E Joppa Road, Suite 409
> Towson, MD 21286

    /s/ Michael S. Barranco
    Michael S. Barranco