Form ntchrgad (12/03)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Adversary Proceeding No.:  13−00710
Judge:  Nancy V. Alquist

Renee Louise McCray  v.  Wells Fargo Bank, N.A.

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 3/19/14 at 02:00 PM

to consider and act upon the following:

8 − Motion to Dismiss Adversary Proceeding, or in the alternative Motion For Summary Judgment Filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Proposed Order # 2 Memorandum in support # 3 Exhibit Ex. 1 to Memorandum # 4 Ex. 2 to Memorandum # 5 Ex. 3 to Memorandum # 6 Ex. 4 to Memorandum # 7 Ex. 5 to Memorandum) (Barranco, Michael)

11 − Opposition on behalf of Renee Louise McCray Filed by Renee Louise McCray (related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank, N.A., Motion for Summary Judgment). (Arter, Laurie)

## NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/16/14

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Laurie Arter  301−344−3327