**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
| **Plaintiff** | * | **No. 13-26131** |
| | | **Chapter 7** |
| **v.** | * | |
| **WELLS FARGO BANK, N.A.** *et al.* | * | **Adv. No. 13-00710** |
| | * | **Judge Nancy V. Alquist** |
| **Defendants** | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Douglas B. Riley and Treanor Pope & Hughes, P.A., as additional attorneys for Defendant, Wells Fargo Bank, N.A., designating Mr. Riley as notice counsel for Defendant.

 /s/ Douglas B. Riley
Douglas B. Riley, 01220
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204
Tel: (410) 494-7777
Fax: (410) 494-1658
email:  dbriley@tph-law.com

Attorney for Defendants,
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2014, copies of the foregoing Notice of Appearance were served, electronically through the Court's CM/ECF transmission facilities, as authorized by Local Bankruptcy Rule 9013-4 (a), on each party registered as a CM/ECF participant who has consented to electronic service and, if not a party registered as a CM/ECF participant, then by first-class mail, postage prepaid, fully addressed, as follows:

Renee L. McCray
109 Edgewood Street
Baltimore, Maryland 21229

Charles R. Goldstein
Protiviti Inc.
1 East Pratt Street
Suite 800
Baltimore, MD 21202
(410) 454-6238
Email: md-bank@protiviti.com

Chapter 7 Trustee

/s/ Douglas B. Riley
Douglas B. Riley, 01220

2