MCCRAY v. WELLS FARGO BANK, N.A.
Adversary No. 13-00710

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Plaintiff's Opposition to Dismiss was sent to the parties listed below by USPS First Class Mail on April 25, 2014 (see attached USPS mailing receipt).

Michael S. Barranco
TREANOR POPE & HUGES, P.A.
500 York Road
Towson, Maryland 21204

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland 21202

Dated: April 25, 2014

_Renee L. McCray_
Renee L. McCray

1

```
                    CARROLL
              BALTIMORE, Maryland
                   212299998
                 2303830009 -0098
04/25/2014    (800)275-8777    01:48:42 PM
```

|                   | Sales Receipt |            |       |
|-------------------|---------------|------------|-------|
| Product           | Sale          | Unit       | Final |
| Description       | Qty           | Price      | Price |

TOWSON MD 21204 Zone-0                $0.91
First-Class Mail Letter
2.40 oz.
Expected Delivery: Sat 04/26/14

Issue PVI:                            $0.91

BALTIMORE MD 21202-1128 Zone-0        $1.40
First-Class Mail Large Env
2.90 oz.
Expected Delivery: Sat 04/26/14

Issue PVI:                            $1.40

Total:                                $2.31

Paid by:
Cash                                  $2.31

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.

Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.

Bill#: 1000202221908
Clerk: 04

   All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business

          HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

              YOUR OPINION COUNTS

                  Customer Copy