Entered: April 28, 2014
Signed: April 28, 2014

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at BALTIMORE

| | | |
|---|---|---|
| In Re: | * | |
| RENEE L. MCCRAY | * | Case No.      13-26131NVA |
| | * | Chapter      7 |
| | * | |
| Debtor(s) | * | |
| ************************************ | * | |
| RENEE L. MCCRAY | * | |
| | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary   No.  13-00710NVA |
| WELLS FARGO BANK N.A. | * | |
| JOHN DOES 1-20 | * | |
| | * | |
| Defendant(s) | * | |

## ORDER DENYING PLAINTIFF'S
## MOTION [doc. 35] TO QUASH SUBPOENA

Upon consideration of the Motion [doc. 35] to Quash Subpoena  filed by Renee L. McCray, and for the reasons stated at the hearing held on this matter, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Motion to Quash Subpoena is hereby denied.

cc:     All Parties
        All Counsel

**End of Order**