_____  ✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg Y/**N**
                                                     Exhibits Filed: Y/N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 05/13/2014 Time: 10:30

**CASE: 13-00710 McCray v. Wells Fargo Bank, N.A. et al**

Related: 13-26131 Renee Louise McCray

PRO SE Renee Louise McCray (Plaintiff)

Douglas B. Riley and Michael S. Barranco representing Wells Fargo Bank, N.A. (Defendant)

PRO SE John Does 1-20 (Defendant)

[33] Amended Complaint by Renee Louise McCray against John Does 1-20, Wells Fargo Bank, N.A.. (related document(s) 1 Certificate of Service)

**FILED BY** : Renee McCray

[34] Motion to Dismiss Adversary Proceeding (Amended Adversary Proceeding Complaint) Filed by Wells Fargo Bank, N.A.. (Attachments: #s3 Notice of Motion)

**FILED BY** : Wells Fargo Bank, N.A. BY M Barranco D Riley

[40] Opposition on behalf of Renee Louise McCray Filed by Renee Louise McCray (related document(s) 34 Motion to Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank, N.A.).

**FILED BY** : Renee McCray

[8] Motion to Dismiss Adversary Proceeding, or in the alternative Motion For Summary Judgment Filed by Wells Fargo Bank, N.A.. (Attachments: #s7 Ex. 5 to Memorandum)

**FILED BY** : Wells Fargo Bank, N.A. BY M Barranco D Riley

[11] Opposition on behalf of Renee Louise McCray Filed by Renee Louise McCray (related document(s) 8 Motion to Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank, N.A., Motion for Summary Judgment).

**FILED BY** : Renee McCray

SCHEDULE:

1. Discovery cutoff: _____    6. Pretrial memos/exhibits: _____

2. Dispositive motions: _____   7. Trial times est: _____days ____hrs

```
     3.Status report due:_____    8.Trial date:_____ time:_____

     4.Motions hrg. date:_____    9.Expert witness &Rpts:_____

     5.Final pretrial hrg:_____   10.Reissue Summons:_____
```
DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                    _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____        for want of Prosecution

                                         _____ Day Settlement Order

_____Decision Reserved          _____ Moot

_____Default / No Response      _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order           _____ Other:_____

Adjourned / Continued to: **May 15, 2014** at **1:00** p.m. Notice: YES / NO  *Notice given on the record in open court.*

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
       [ ] plaintiff's counsel    [ ] Court
       [ ] defendant's counsel    [ ] Other _____

NOTES: