_____RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y/N
                                                      Exhibits Filed: Y/N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 05/15/2014 Time: 01:00

**CASE: 13-00710 McCray v. Wells Fargo Bank, N.A. et al**

Related: 13-26131 Renee Louise McCray

PRO SE Renee Louise McCray (Plaintiff)

Douglas B. Riley and Michael S. Barranco representing Wells Fargo Bank, N.A. (Defendant)

PRO SE John Does 1-20 (Defendant)

[33] Amended Complaint by Renee Louise McCray against John Does 1-20, Wells Fargo Bank, N.A.. (related document(s) 1 Certificate of Service)

**FILED BY** : Renee McCray

[34] Motion to Dismiss Adversary Proceeding (Amended Adversary Proceeding Complaint) Filed by Wells Fargo Bank, N.A.. (Attachments: #s3 Notice of Motion)

**FILED BY** : Wells Fargo Bank, N.A. BY M Barranco D Riley

[40] Opposition on behalf of Renee Louise McCray Filed by Renee Louise McCray (related document(s) 34 Motion to Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank, N.A.).

**FILED BY** : Renee McCray

SCHEDULE:

    1. Discovery cutoff:_____    6. Pretrial memos/exhibits:_____

    2. Dispositive motions:_____    7. Trial times est:_____days____hrs

    3. Status report due:_____    8. Trial date:_____ time:_____

    4. Motions hrg. date:_____    9. Expert witness &Rpts:_____

    5. Final pretrial hrg:_____    10. Reissue Summons:_____

DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv. 34

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                         _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____            for want of Prosecution

                                      _____ Day Settlement Order

_____Decision Reserved               _____ Moot

_____Default / No Response           _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order                _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel        [ ] Court
        [ ] defendant's counsel        [ ] Other _____

NOTES: