MOOT. BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS ENTERED AT [55].

Date signed September 30, 2014



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–00710 – NVA     Chapter:   0

# ORDER GRANTING MOTION FOR
# FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
## (Other Than Debtor)

Upon consideration of the Motion of Defendant Renee L. McCray for a Federal Bankruptcy Rule 2004 Examination of Wells Fargo Bank, N.A., and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above–named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Attorney for Debtor(s) – PRO SE
      ATTORNEY NOT ENTERED IN THE CASE
      Movant's Attorney – pro se
      Witness – Wells Fargo Bank, N.A.

**End of Order**

41.2 – larter