# UNITED STATES BANKRUPTCY COURT
## SUPPLEMENTAL TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter    Phone Number: 301–344–3327    Date: 11/4/14

*BANKRUPTCY MATTER (answer only one):*

- ☐ 1. Appeal  ☐ Cross Appeal (if applicable)    Appellant's Designation of Record included: ☐ yes ☐ no
- ☐ 2. Motion for Withdrawal of Reference
- ☐ 3. Findings and Conclusions (No Objections)
- ☒ 4. Findings and Conclusions w/Objection
- ☐ 5. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 6. Contempt
- ☐ 7. Other:

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 13–26131    Chapter: 7
2. Adversary Proceeding Number(s) (if applicable): 13–00710
3. U.S. Bankruptcy Judge: Nancy V. Alquist
4. Related U.S. District Court Civil Action Number (if applicable): 14–cv–03445–GLR
5. Fee Paid: ☐ yes ☐ no
6. Additional comments: Response filed by Plaintiff Renee Louise McCray.

*PARTY INFORMATION (answer all):*

1. Debtor(s): Renee Louise McCray
2. Trustee (if applicable):

Plaintiff: Renee Louise McCray

Plaintiff's Counsel: pro se

Defendant: Wells Fargo Bank, N.A.

Defendant's Counsel: Michael S. Barranco, Douglas B. Riley

transmdc (10/14/2014) – *larter*